UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 03-028

UNITED STATES OF AMERICA v. Jonathan Fullenwider
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. Jonathan Fullenwider, is now confined in Northern State Prison.

2. Jonathan Fullenwider, SBI# 000529234C, will be required at the United States District Court before the Honorable Dickinson R. Debevoise on Tuesday, January 18, 2011, at 2:00 p.m. for an Revocation of Supervised Release Hearing in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  December 14, 2010         Assistant United States Attorney
                                  Petitioner SHARON E. ASHE

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED: Dec. 16, 2010
                                  HON. DICKINSON R. DEBEVOISE
                                  UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Northern State Prison.

We Command You that you have the body of Jonathan Fullenwider now confined in Northern State Prison brought to the United States District Court before the Honorable Dickinson R. Debevoise, Newark, New Jersey on Tuesday, January 18, 2011 at 2:00 p.m., for a Revocation of Supervised Release Hearing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dickinson R. Debevoise,
United States District Judge at Newark, N.J.

DATED: 12/20/10

                                  WILLIAM T. WALSH
                                  Clerk of the U.S. District Court
                                  for the District of New Jersey

                                  Per: _____
                                       Deputy Clerk