AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

JONATHAN FULLENWIDER

Defendant.

Case Number   2- Cr. 03-28

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, JONATHAN FULLENWIDER , was represented by Lorraine S. Gauli-Rufo, AFPD .

The defendant admitted guilt to violation number(s) 1 & 5 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | 'Committed another crime' |
| 5 | 'Committed another crime' |

As pronounced on 01/18/11, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 01/14/02 remain in full force and effect, if not already paid.

Signed this the _3_ day of FEBRUARY, 2011.

DICKINSON R. DEBEVOISE
Senior United States District Judge

<u>AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation</u>

Judgment – Page 2 of 2

Defendant:       JONATHAN FULLENWIDER
Case Number:   2- Cr. 03-28

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 months, Term of sentencing to run consecutively to the offender's imprisonment under any previous state or federal sentencing..

The defendant shall remain in custody pending service of sentence.

Defendant remains responsible for an outstanding financial obligation totaling $40.00 .   The fine shall be collected by the US Attorney's Office, Financial Litigation Unit.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal